UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUDREY KING, *et al*.<br><br>　　　　　Defendants. | 1:18-cv-00789-JDP<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br><br>(Doc. No. 2) |

Plaintiff Roy Russ is a civil detainee proceeding pro se in this civil rights action brought under 42 U.S.C. § 1983.[1] Plaintiff has filed an application to proceed *in forma pauperis*. Plaintiff's application shows that plaintiff cannot afford the costs of this action.

Accordingly, the motion to proceed in forma pauperis is granted.

IT IS SO ORDERED.

Dated:　　June 19, 2018　　　　　　　　　　/s/ *Jeremy D. Peterson*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Individuals detained under California's Sexually Violent Predators Act, Cal. Welf. & Inst. Code §§ 6600-6609.3, are civil detainees and not prisoners within the meaning of the Prison Litigation Reform Act. *See Jackson v. Fong*, 870 F.3d 928, 933 (9th Cir. 2017).

1