UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RUSS,<br><br>              Plaintiff,<br><br>   v.<br><br>AUDREY KING, *et al.*,<br><br>              Defendants. | Case No. 1:18-cv-00789-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |

This case has been voluntarily dismissed by plaintiff under Rule 41(a)(1)(A)(i). ECF No. 21. Thus, the clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   February 25, 2020                        /s/ Jeremy Peterson
                                                           UNITED STATES MAGISTRATE JUDGE

No. 204.